1  TERRY E. FENZL
     tfenzl@perkinscoie.com
2  TIMOTHY J. FRANKS, California State Bar No. 197645
     tfranks@perkinscoie.com
3  PERKINS COIE BROWN & BAIN P.A.
   2901 North Central Avenue
4  Post Office Box 400
   Phoenix, Arizona  85001-0400
5  Telephone:    (602) 351-8000
   Facsimile:    (602) 648-7000
6
   STEFANI E. SHANBERG, California State Bar No. 206717
7    sshanberg@perkinscoie.com
   PERKINS COIE LLP
8  180 Townsend Street, 3rd Floor
   San Francisco, California  94107-1909
9  Telephone:    (415) 344-7000
   Facsimile:    (415) 344-7050
10
   Attorneys for Plaintiff
11 SUNPOWER CORPORATION

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                        SAN FRANCISCO DIVISION
15

16 | SUNPOWER CORPORATION,                | CASE NO. C05 03233 VRW
17 |         Plaintiff,                    |
   |                                       | [PROPOSED] STIPULATION TO
18 |    v.                                 | VACATE THE DECEMBER 13, 2005,
   |                                       | CASE MANAGEMENT CONFERENCE
19 | SUN POWER & GEOTHERMAL ENERGY         | AND OTHER SCHEDULE DATES IN
   | COMPANY, INC.,                        | ANTICIPATION OF SETTLEMENT
20 |         Defendant.                    |
   |                                       | Initial CMC continued to Jan. 24, 2006 9am
21

22      The parties stipulate as follows:

23      1.      The parties have reached a settlement-in-principle and hope to finalize their

24 agreement before the end of December.

25      2.      Under the current case schedule entered on August 9, 2005, the Case Management

26 Conference in this matter is presently scheduled for December 13, 2005, and the parties are

27

28 [PROPOSED] STIPULATION TO VACATE THE
   DECEMBER 13, 2005, CASE MANAGEMENT
   CONFERENCE AND OTHER SCHEDULE DATES IN
   ANTICIPATION OF SETTLEMENT                                          [09901-0001/BY053360.085.DOC]
   CASE NO. C05 C 05 03233 VRW

1  required to complete their initial disclosures and file and serve their Case Management Statement
2  and their Rule 26(f) Report on December 6, 2005.

3.  To conserve judicial resources and to enable the parties to finalize a settlement rather than incurring additional litigation costs, the parties stipulate and respectfully request that the Court vacate the current case schedule and, at its convenience, reset for at least thirty days later, the dates for the Case Management Conference, the completion of initial disclosures, and the filing and serving of the Case Management Statement and their Rule 26(f) Report.

DATED:  December 2, 2005.                **PERKINS COIE LLP**

By _____/s/_____
  Terry Fenzl
  Timothy Franks

Attorneys for Plaintiff
SUNPOWER CORPORATION

DATED:  December 2, 2005.                PRINDLE, DECKER & AMARO LLP

By _____/s/_____
  William M. Hake

Attorneys for Defendant
SUN POWER & GEOTHERMAL ENERGY COMPANY, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:

Dated: December 5, 2005

_____
The Honorable Vaughn R Walker
United States District Judge
Northern District of California, San Jose Division

-2-

[PROPOSED] STIPULATION TO VACATE THE
DECEMBER 13, 2005, CASE MANAGEMENT
CONFERENCE AND OTHER SCHEDULE DATES IN
ANTICIPATION OF SETTLEMENT
CASE NO. C05 C 05 03233 VRW

[09901-0001/BY053360.085.DOC]

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document

Executed this 2nd day of December, 2005 at San Francisco, California.

/s/
Stefani E. Shanberg

-3-

[PROPOSED] STIPULATION TO VACATE THE
DECEMBER 13, 2005, CASE MANAGEMENT
CONFERENCE AND OTHER SCHEDULE DATES IN
ANTICIPATION OF SETTLEMENT
CASE NO. C05 C 05 03233 VRW

[09901-0001/BY053360.085.DOC]

1  I, Erika R. Eberline, declare:

2  I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, California 94107-1909. I am personally familiar with the business practice of Perkins Coie LLP. On December 2, 2005, I served the following document(s):

**[PROPOSED] STIPULATION TO VACATE THE DECEMBER 13, 2005, CASE MANAGEMENT CONFERENCE AND OTHER SCHEDULE DATES IN ANTICIPATION OF SETTLEMENT**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

    William M. Hake, Esq.
    Prindle, Decker & Amaro LLP
    369 Pine Street, Suite 800
    San Francisco, CA  94104
    Facsimile:  (415) 788-3625

__X__ (By Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

_____ (By Hand)  I caused each envelope to be delivered by hand to the offices listed above.

_____ (By Overnight Mail)  I caused each envelope to be delivered overnight by UPS to the address indicated above.

__X__ (By Facsimile/Telecopy)  I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

_____ (Electronic Transmission)  I caused each document to be sent by electronic mail to the email address indicated above.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED:  December 2, 2005           /s/
                                   Erika R. Eberline

-4-

[PROPOSED] STIPULATION TO VACATE THE
DECEMBER 13, 2005, CASE MANAGEMENT
CONFERENCE AND OTHER SCHEDULE DATES IN
ANTICIPATION OF SETTLEMENT
CASE NO. C05 C 05 03233 VRW

[09901-0001/BY053360.085.DOC]