TERRY E. FENZL
 tfenzl@perkinscoie.com
TIMOTHY J. FRANKS, California State Bar No. 197645
 tfranks@perkinscoie.com
PERKINS COIE BROWN & BAIN P.A.
2901 North Central Avenue
Post Office Box 400
Phoenix, Arizona  85001-0400
Telephone:     (602) 351-8000
Facsimile:     (602) 648-7000

STEFANI E. SHANBERG, California State Bar No. 206717
 sshanberg@perkinscoie.com
PERKINS COIE LLP
180 Townsend Street, 3rd Floor
San Francisco, California  94107-1909
Telephone:     (415) 344-7000
Facsimile:     (415) 344-7050

Attorneys for Plaintiff
SUNPOWER CORPORATION

**Date: January 23, 2006**

*[GRANTED stamp signed by Judge Vaughn R Walker, United States District Court, Northern District of California]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUNPOWER CORPORATION,<br><br>                Plaintiff,<br><br>         vs.<br><br>SUN POWER & GEOTHERMAL ENERGY COMPANY, INC.,<br><br>                Defendant. | CASE NO. C05 03233 VRW<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

NOTICE IS HEREBY GIVEN that plaintiff SunPower Corporation hereby dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), no answer or motion for summary judgment having been served by defendant.

Respectfully Submitted,

**PERKINS COIE BROWN & BAIN P.A.**

Date: January 18, 2006         By:  /s/
                                    Terry Fenzl
                                    Timothy J. Franks
                                    2901 North Central Avenue
                                    Post Office Box 400
                                    Phoenix, Arizona  85001-0400

                                    Stefani E. Shanberg
                                    PERKINS COIE LLP
                                    180 Townsend Street, Third Floor
                                    San Francisco, California  94107-1909

                                    Attorneys for SUNPOWER CORPORATION